**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra Patricia Villanueva-Rollo,<br><br>        Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>        Respondents. | No. CV-25-04667-PHX-KML (JZB)<br><br>**ORDER** |

In their response to the order to show cause, "Respondents acknowledge that Petitioner's claim in this action as to his entitlement to a bond hearing appears to be subject to the *Bautista* judgment and to any applicable appellate proceedings relating to it." (Doc. 8 at 1 (citing *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, Doc. 94 (C.D. Cal. Dec. 18, 2025)).) In effect, respondents concede petitioner is entitled to a bond hearing. Respondents request the court "extend the deadline to conduct the [bond] hearing to account for the upcoming closure of the Immigration Court." (Doc. 8 at 2.)

/
/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** the Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent respondents shall either immediately release petitioner or provide her with a bond hearing within ten days of this order. The Clerk of Court shall enter judgment in favor of petitioner and close this case.

Dated this 23rd day of December, 2025.

Honorable Krissa M. Lanham
United States District Judge